**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00051-CR

**LUCAS LEONARDO PERILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80963-2013**

## ORDER

The Court has before it the November 9, 2015 motion of Craig Price to withdraw as appellant's counsel. Mr. Price states that he has accepted a job with the Grayson County District Attorney's Office and can no longer represent appellant on this case. The case is set for submission without argument on December 9, 2015. We **GRANT** the motion and **DIRECT** the Clerk to remove Craig Price as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant on this appeal and to transmit the order appointing new counsel to this Court by **NOVEMBER 16, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Craig Price; and Andrea Westerfeld.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal on November 16, 2015 or when the order appointing counsel is received.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE